IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIRENA ANDERSON**                                                                                              **PLAINTIFF**

**v.**                                               **CIVIL ACTION NO. 1:22-cv-19-TBM-RPM**

**SAFECO INSURANCE COMPANY**
**OF ILLINOIS**                                                                         **DEFENDANT**

## **ORDER**

This matter came before the Court on Safeco Insurance Company of Illinois' Motion [11] to Dismiss or alternatively, Motion for Partial Summary Judgment, Safeco's Motion [32] in Limine, and Anderson's Motion [35] to Re-Open Discovery. At the hearing conducted in this matter on January 11, 2023, the Court announced on the record its detailed findings and conclusions concerning each motion ruled upon.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 11, 2023, Safeco's Motion [11] to Dismiss, or in the alternative, Motion for Partial Summary Judgment is DENIED IN PART and GRANTED IN PART. Anderson's bad faith claim is DISMISSED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 11, 2023, Safeco's Motion [32] in Limine is DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on January 11, 2023, Anderson's Motion [35] to Re-open Discovery is DENIED AS MOOT.

THIS, the 11th day of January, 2023.

                                              TAYLOR B. McNEEL
                                              **UNITED STATES DISTRICT JUDGE**