IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIRENA ANDERSON**                                                                         **PLAINTIFF**

**v.**                                                                  **CIVIL ACTION NO. 1:22-cv-19-TBM-RPM**

**SAFECO INSURANCE COMPANY**
**OF ILLIONOIS**                                                          **DEFENDANT**

### ORDER

This matter came before the Court on Anderson's Motion [41] to Admit State of Mississippi Traffic Report, and Safeco Insurance Company of Illinois' Motion [43] to Strike and/or Exclude Expert Testimony and Motion [45] in Limine. At the hearing conducted in this matter on June 16, 2023, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its findings and conclusions.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on June 16, 2023, Anderson's Motion [41] to Admit State of Mississippi Traffic Report is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED AND ADJUDGED that, Safeco's Motion [43] to Strike and/or Exclude Expert Testimony is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED AND ADJUDGED that, Safeco's Motion [45] in Limine is GRANTED in part and DENIED in part.

THIS, the 16th day of June, 2023.

                                                 TAYLOR B. McNEEL
                                                 UNITED STATES DISTRICT JUDGE