UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TIRENA ANDERSON                                                                                    PLAINTIFF

VERSUS                                         CAUSE NO. CAUSE NO. 1:22-CV-00019-TBM-RPM

SAFECO INSURANCE COMPANY OF ILLINOIS, et al                           DEFENDANT

**PLAINTIFF'S UNOPPOSED MOTION FOR TIME**

COMES NOW the Plaintiff, TIRENA ANDERSON, by and through her counsel of record, and respectfully moves this Honorable Court for an extension of time to file the Pre-Trial Order and in support thereof, would show unto the Court the following:

I.

Per the Pre-Trial conference held in this matter on July 11, 2023, the deadline for the Pre-Trial Order is today, July 14, 2023, by 5:00 p.m. Plaintiff is hereby requesting an extension for submission of the Pre-Trial Order until Monday, July 17, 2023, by 5:00 p.m.

II.

The purpose of this request is not to cause unnecessary delay, but to provide Plaintiff sufficient time to review and submit the Pre-Trial Order. Counsel for the Defendant has advised that while they are prepared to move forward in compliance with today's existing deadline, they will not oppose Plaintiff's counsel's request for an extension.

III.

Counsel for Plaintiff has conferred with counsel for Defendant and they have advised that they are agreeable to the aforementioned extension of time.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court grant an extension to submit the Pre-Trial Order in this matter until Monday, July 17, 2023, by 5:00 p.m.

This the 14th day of July, 2023.

Respectfully submitted,

TIRENA ANDERSON, Plaintiff

BY:   /s/W. HARVEY BARTON, MSB #2104

**BARTON LAW FIRM, PLLC**

W. HARVEY BARTON, MSB #2104
3007 Magnolia Street
Pascagoula, MS  39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com

A. MALCOLM N. MURPHY, MSB #3662
P. O. Box 35
Lucedale, MS 39452-0035
Telephone: (601) 947-5731
murphyamalcolm@bellsouth.net

## CERTIFICATE OF SERVICE

I, W. HARVEY BARTON, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF System which sent notification of such filing to:

**Clifford K. Bailey, III, Esquire**
**F. Hall Bailey, Esquire**
**Meta S. Copeland, Esquire**
**Well, Marble & Hurst, PLLC**
**300 Concourse Blvd., Suite 200**
**Ridgeland, MS 39157**
**601-605-6901(f)**
fbailey@wellsmar.com
hbailey@wellsmar.com
mcopeland@wellsmar.com

SO CERTIFIED, this the 14th day of July, 2023.

/s/W. HARVEY BARTON, MSB #2104

**BARTON LAW FIRM, PLLC**

W. HARVEY BARTON, MSB #2104
3007 Magnolia Street
Pascagoula, MS 39567
Telephone: (228) 769-2070
Facsimile: (228) 769-1992
harvey@wbartonlaw.com

A. MALCOLM N. MURPHY, MSB #3662
P. O. Box 35
Lucedale, MS 39452-0035
Telephone: (601) 947-5731
murphyamalcolm@bellsouth.net