IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **TIRENA ANDERSON** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 1:22-cv-19-TBM-RPM** |
| **SAFECO INSURANCE COMPANY OF ILLINOIS** | **DEFENDANT** |

## FINAL JUDGMENT

Plaintiff Tirena Anderson's claim against Defendant Safeco Insurance Company of Illinois was tried before this Court and a jury beginning on the 24th day of July 2023 and concluding on the 26th day of July 2023. The Honorable Taylor B. McNeel, United States District Judge, presided. The issues were tried, and the jury retired to consider the verdict after having heard all the evidence, the counsels' argument, and this Court's instructions.

In open court, the jury returned a unanimous verdict in accord with their oaths. The jury awarded Tirena Anderson $50,000.00 in damages. The parties are in agreement that Safeco Insurance Company of Illinois is entitled to a credit for the $25,000.00 paid to Tirena Anderson by the auto insurance carrier that insured Terisa Tanner, the tortfeasor who was at fault in causing the accident in question. Therefore, in accordance with the jury's unanimous verdict and the agreement amongst the parties as to the Defendant receiving a credit in the amount of $25,000.00,

**IT IS ORDERED** that, Plaintiff Tirena Anderson is awarded a judgment against Safeco Insurance Company of Illinois in the amount of $25,000.00, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Final Judgment until paid in full.

**THIS**, the 28th day of July, 2023.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE